In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00406-CV
_____

BENITA BERGMAN, Appellant

V.

CHICK-FIL-A, INC. AND KENDRICK SKIPPER D/B/A CHICK-FIL-A AT
MAGNOLIA, Appellees

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 19-10-14718-CV

**MEMORANDUM OPINION**

The appellant filed a motion to dismiss this appeal. This motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

1

PER CURIAM

Submitted on February 12, 2020
Opinion Delivered February 13, 2020

Before McKeithen, C.J., Horton and Johnson, JJ.